UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIUS RAYMOND HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4: 17 CV 2349 CDP |
| ) | |
| UNITED STATES MARINE CORPS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that to the extent plaintiff seeks reconsideration of the transfer of his case to the United States Court of Federal Claims in his pleading docketed as entry number 20, the motion [20] is denied. Plaintiff should address his arguments relating to the merits of his case to the United States Court of Federal Claims, where his case is pending.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2018.